# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
MACE, MARIA V                             §        Case No. 12-20592
                                          §
                          Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - MARIA MACE

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-20592 | JSB | Judge: Janet S. Baer | | |
|---|---|---|---|---|---|

Case Name: MACE, MARIA V

For Period Ending: 03/04/13

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 05/21/12 (f)
341(a) Meeting Date: 07/20/12
Claims Bar Date: 11/27/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential real estate located at 4437 N Ashland | 117,500.00 | 0.00 | | 0.00 | FA |
| Owns half interest with ex-husband; lien against property in husband's name only; no equity for estate | | | | | |
| 2. Checking account with Chase | 23.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Chase | 10.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with Chase Bank. Joint with husba | 25.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous used household goods | 625.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous books, tapes, CD's, etc. | 100.00 | 0.00 | | 0.00 | FA |
| 7. Personal used clothing | 600.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Tax Refund of $5279 has been received and spe | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Honda Pilot with 60,000 miles Value based on | 12,814.00 | 5,000.00 | | 5,000.00 | FA |
| Sold car back to debtor for $5,000 net of liens and exemptions per court order | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $131,947.00 | $5,000.00 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 02/28/13

/s/   Joseph A. Baldi, Trustee

_____   Date: 03/04/13

JOSEPH A. BALDI, TRUSTEE

FORM 1 – MARIA MACE

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-20592    JSB    Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MACE, MARIA V | Date Filed (f) or Converted (c): | 05/21/12 (f) |
| | | 341(a) Meeting Date: | 07/20/12 |
| | | Claims Bar Date: | 11/27/12 |

Page:   1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-20592  -JSB | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MACE, MARIA V | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8449  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2053 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/12 | 10 | MARIA V MACE | SETTLEMENT | 1129-000 | 5,000.00 | | 5,000.00 |
| 02/07/13 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 4.03 | 4,995.97 |
| | | 701 Poydras Street  #420 | BOND # 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  | | | COLUMN TOTALS | 5,000.00 | 4.03 | 4,995.97 |
|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 5,000.00 | 4.03 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 5,000.00 | 4.03 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - *******8449 | 5,000.00 | 4.03 | 4,995.97 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 5,000.00 | 4.03 | 4,995.97 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          5,000.00          4.03

EXHIBIT A - MACE

ANALYSIS OF CLAIMS REGISTER

Page 1                                                                                                    Date: March 04, 2013

Case Number:    12-20592                                          Claim Class Sequence
Debtor Name:    MACE, MARIA V

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Administrative | | $1,250.00 | $0.00 | $1,250.00 |
| 001 3110-00 | Baldi Berg & Wallace, Ltd. 19 S. LaSalle St. Suite 1500 Chicago, IL 60603 | Administrative | | $891.50 | $0.00 | $891.50 |
| 000001 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $10,345.82 | $0.00 | $10,345.82 |
| 000002 070 7100-00 | PYOD, LLC its succ/assigns of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $12,172.23 | $0.00 | $12,172.23 |
| 000003 070 7100-00 | Amer InfoSource , agent Midland Funding PO Box 268941 Oklahoma City, OK 73126-8941 | Unsecured | | $796.50 | $0.00 | $796.50 |
| | Case Totals: | | | $25,456.05 | $0.00 | $25,456.05 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20592
Case Name: MACE, MARIA V
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | PYOD, LLC its succ/assigns of Citibank | $ | $ | $ |
| 000003 | Amer InfoSource , agent Midland Funding | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE