UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Maria V. Mace, | ) | Case No. 12-20592 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: April 2, 2013 |
| | ) | Hearing Time: 10:00 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Baldi Berg & Wallace, Ltd.

Authorized to Provide
Professional Services to:   Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:                 October 23, 2012

Period for Which
Compensation is sought:     September 27, 2012 to Close of Case

Amount of Fees sought:      $891.50

Amount of Expense
Reimbursement sought:       $0.00

This is an:   Interim Application __     Final Application  **X**

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: March 4, 2013                    Baldi Berg & Wallace, Ltd.

                                        By: ___/s/_____
                                            Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Maria V. Mace, | ) | Case No. 12-20592 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: April 2, 2013 |
| | ) | Hearing Time: 10:00 A.M. |

**Application for Allowance and Payment of Final Compensation
of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd. ("BBW"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Maria V. Mace, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BBW of $891.50, as final compensation for 4.10 hours of legal services rendered to the Trustee from September 27, 2012 through the close of this case. In support thereof, BBW respectfully states as follows:

**Introduction**

1. Debtor commenced this case on May 21, 2012 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's primary asset was the Debtor's interest in an automobile.

4. The bar date for filing claims in this case was November 27, 2012.

**Retention of Baldi Berg & Wallace, Ltd.**

5. On October 23, 2012, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as his counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BBW attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. A listing of the attorneys, paralegals and clerks who were responsible for representing the Trustee during the period covered by this fee application, their position with the firm, hourly rate(s) and the total hours expended by each professional is detailed below:

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Julia D. Loper | Associate | $235.00 | 2.30 | $540.50 |
| Ricki K. Podorovsky | Paralegal | $195.00 | 1.80 | $351.00 |
| **TOTALS** | | | **4.10** | **$ 891.50** |

### Prior Compensation Received

7. This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

### Services Rendered by Baldi Berg & Wallace, Ltd.

8. Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9. The services rendered by BBW during the period covered by this Application is as follows: BBW advised the Trustee regarding the sale of the equity in the Vehicle to the Debtor; BBW prepared and presented the Trustee's Motion to Retain Attorneys and the Trustee's Motion to Sell the Estate's interest in the Vehicle; BBW prepared the Notice to Creditors of the proposed sale; and BBW prepared this final fee application.

### Compensation Requested

10. BBW has expended a total of 4.10 hours for the services described and categorized

2

in paragraph 9 above. The total value of and the amount of compensation requested herein for those services is $891.50.

11. All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two or more professionals participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C and is summarized on the table in paragraph 6 above.

13. This Application includes time and a request for compensation for services relative to the preparation of this Application. The total hours spent in the preparation of the Application is 1.80 hours of services for which compensation is requested in the amount of $351.00. This Application represents the first and final application for compensation that BBW will file in this case.

**Payment of Compensation**

14. BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

15. BBW has not previously received or been promised any payments for services

3

rendered in this case.

16.     The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case. BBW requests that the Trustee be authorized to pay the compensation awarded herein as part of the Trustee's final distribution in this case.

### Status of the Case

18.     The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19.     Trustee has completed and filed his Final Report simultaneously herewith. A Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

20     Trustee currently has $5,000.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.     Following payment of all Chapter 7 administrative expenses set forth above, BBW estimates there will be funds available to make a distribution to general unsecured creditors equal to approximately 12% of timely filed claims.

### Trustee's Approval

22.     BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BBW, attorneys for Joseph A. Baldi, as trustee, requests the entry of an

order providing the following:

    A.    Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $891.50 for actual and necessary professional services rendered to the Trustee from September 27, 2012 through the closing of this case;

    B.    Authorizing the Trustee to pay the awarded herein from the funds on hand in the Estate as part of the Trustee's final distribution n this case; and

    C.    For such other and further relief as this Court deems appropriate.

Dated: February 7, 2013                    Baldi Berg & Wallace, Ltd.

Attorneys for Joseph A. Baldi, as trustee of the estate of Maria V. Mace, debtor

By:\_\_\_\_/s/_____
      Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
19 South LaSalle St., Suite 1500
Chicago, IL 60603
312.726.8150

5

Case 12-20592 Doc 24 Filed 03/04/13 Entered 03/04/13 15:04:36 Desc Main
Document Page 7 of 15

**Baldi Berg & Wallace**
**Final Fee Application**

**Maria V. Mace, Debtor**
**Case No. 12-20592**

**Retention Order**

**Exhibit A**

Case 12-20592 Doc 24 Filed 03/04/13 Entered 03/04/13 15:04:36 Desc Main
Document Page 7 of 15

**Baldi Berg & Wallace**
**Final Fee Application**

**Maria V. Mace, Debtor**
**Case No. 12-20592**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Maria v. Mace<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 12-20592<br><br>Chapter: 7<br>Honorable Janet S. Baer |

## Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Maria v. Mace, debtor, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 23, 2012

**Prepared by:**

Joseph A. Baldi
Baldi Berg & Wallace, Ltd.
19 South La Salle St. Suite 1500
Chicago, Illinois 60611

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

Case 12-20592  Doc 24  Filed 03/04/13  Entered 03/04/13 15:04:36  Desc Main
Document  Page 11 of 15

**Baldi Berg & Wallace**
**Final Fee Application**

**Maria V. Mace, Debtor**
**Case No. 12-20592**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

***Invoice submitted to:***

February 4, 2013
Invoice No: 02162

Joseph A. Baldi, Trustee
Baldi Berg & Wallace, Ltd.
19 S. LaSalle St., Suite 1500
Chicago, IL 60603

**In Reference to:** *Mace, Maria - General Admin*

***Professional Services***

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/27/2012 | JDL | Prepare Motion to employ attorneys. (.7) Prepare Motion to sell property pursuant to 363 (b) - automobiles back to debtor (.9) | 1.60<br>$235.00/hr | $376.00 |
| 10/23/2012 | JDL | Appear on motion to sell automobiles and motion to employ attorneys. | 0.70<br>$235.00/hr | $164.50 |
| 1/31/2013 | RKP | Begin draft BBW fee application. | 0.30<br>$195.00/hr | $58.50 |
| 2/03/2013 | RKP | Finalize BBW fee application (1.0); draft proposed order, affidavit and coversheet (.3); review and edit same (.2) | 1.50<br>$195.00/hr | $292.50 |

| | |
|---|---|
| Total Fees | $891.50 |
| Total New Charges | $891.50 |
| Previous Balance | $0.00 |
| Balance Due | $891.50 |

***Timekeeper Summary***

**Baldi Berg & Wallace, Ltd**

Mace, Maria - General Admin

2/02/2013

Page   2

| Name | Hours | Rate |
|---|---|---|
| Julia D Loper | 2.30 | $235.00 |
| Ricki K Podorovsky | 1.80 | $195.00 |

**Baldi Berg & Wallace**  **Maria V. Mace, Debtor**
**Final Fee Application**  **Case No. 12-20592**

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Maria V. Mace, | ) | Case No. 12-20592 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook     )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.  I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.  I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.  A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.  Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5.  Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this _7_ day of February, 2013

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**