UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § § § § § 

MACE, MARIA V                    Case No. 12-20592

Debtor(s)

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

        10:00 a.m. on April 2, 2013
        in Courtroom 615, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                                                  Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MACE, MARIA V                       §      Case No. 12-20592
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 4.03 |
| leaving a balance on hand of[1] | $ | 4,995.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 891.50 | $ 0.00 | $ 891.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,141.50 |
| Remaining Balance | $ 2,854.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,314.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,345.82 | $ 0.00 | $ 1,266.67 |
| 000002 | PYOD, LLC its succ/assigns of Citibank | $ 12,172.23 | $ 0.00 | $ 1,490.28 |
| 000003 | Amer InfoSource , agent Midland Funding | $ 796.50 | $ 0.00 | $ 97.52 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,854.47 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/ Joseph A. Baldi  
                              Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*  
*Suite 1500*  
*19 South LaSalle Street*  
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                       Case No. 12-20592-JSB
Maria V Mace                                                                 Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: vrowe                  Page 1 of 3                  Date Rcvd: Mar 05, 2013
                               Form ID: pdf006              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2013.
db         +Maria V Mace,    4437 N Ashland Ave,    Chicago, IL 60640-5931
18934799   +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18934800   +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18934801   +Baker & Miller,    29 N Wacker Dr,    Chicago, IL 60606-2854
18934802   +Bank Of America,    Attention: Recovery Department,    4161 Peidmont Pkwy.,
             Greensboro, NC 27410-8110
18934803   +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18934805   +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18934804   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18934806   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18934810   +DSRM National Bank/Diamond Shamrock,    Po Box 300,    Amarillo, TX 79105-0300
18934809   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18934811   +Gb Algonquin,    234 S Randall Rd,    Algonquin, IL 60102-9775
18934816  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court:   Hsbc/bsbuy,    Po Box 15519,    Wilmington, DE 19850)
18934815   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18934817   +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
18934818   +Hsbc/davbr,    Pob 978,    Wood Dale, IL 60191-0978
18934819   +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
             Minneapolis, MN 55440-9475
18934820   +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
             Minneapolis, MN 55440-9475
18934821   +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
18934822   +Wfnnb/harlem,    Po Box 182686,    Columbus, OH 43218-2686
18934823   +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19452275    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2013 05:12:43
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
19385476    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2013 05:13:04      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18934807   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2013 05:13:04      Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18934808   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2013 05:13:04      Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
18934812   +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2013 05:11:48      Gemb/banana Rep,    Attn: Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
18934813   +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2013 05:14:30      Gemb/gap,    Po Box 965005,
             Orlando, FL 32896-5005
18934814   +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2013 05:09:08      Gemb/gapdc,    Attn: bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
19385905   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 06 2013 04:50:32
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: vrowe              Page 2 of 3              Date Rcvd: Mar 05, 2013
                               Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2013**                    **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: vrowe              Page 3 of 3               Date Rcvd: Mar 05, 2013
                              Form ID: pdf006          Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2013 at the address(es) listed below:

        Jason  Blust    on behalf of Debtor Maria V Mace NDILnotices@maceybankruptcylaw.com, CourtNotice@maceybankruptcylaw.com;jblust@maceybankruptcylaw.com;bk@maceybankruptcylaw.com;G1396@notify.cincompass.com

        Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com, jabaldi@ameritech.net;jmanola@baldiberg.com

        Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com

        Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 5