UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
MACE, MARIA V                       §     Case No. 12-20592
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

 4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | Amex Dsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Baker & Miller 29 N Wacker Dr Chicago, IL 60603 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | DSRM National Bank/Diamond Shamrock Po Box 300 Amarillo, TX 79105 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Gb Algonquin 234 S Randall Rd Algonquin, IL 60102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/banana Rep Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/gap Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gemb/gapdc Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Gemb/gapdc Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/davbr Pob 978 Wood Dale, IL 60191 | | | | | |
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT  P.O. Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43215 | | | | | |
| | Wfnnb/harlem Po Box 182686 Columbus, OH 43218 | | | | | |
| | Zale/cbsd Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| 000003 | AMER INFOSOURCE AGENT MIDLAND FUND | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | PYOD, SUCC/ ASSIGN OF CITIBANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 1 - MACE
Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 12-20592 | JSB | Judge: Janet S. Baer | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MACE, MARIA V | | | | Date Filed (f) or Converted (c): | 05/21/12 (f) |
| | | | | | 341(a) Meeting Date: | 07/20/12 |
| For Period Ending: | 06/21/13 | | | | Claims Bar Date: | 11/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential real estate located at 4437 N Ashland | 117,500.00 | 0.00 | | 0.00 | FA |
| Owns half interest with ex-husband; lien against property in husband's name only; no equity for estate | | | | | |
| 2. Checking account with Chase | 23.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Chase | 10.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with Chase Bank. Joint with husba | 25.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous used household goods | 625.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous books, tapes, CD's, etc. | 100.00 | 0.00 | | 0.00 | FA |
| 7. Personal used clothing | 600.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Tax Refund of $5279 has been received and spe | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Honda Pilot with 60,000 miles Value based on | 12,814.00 | 5,000.00 | | 5,000.00 | FA |
| Sold car back to debtor for $5,000 net of liens and exemptions per court order | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $131,947.00     $5,000.00          $5,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to Court order, Trustee sold equity in vehicle to Debtor; Trustee reviewed claims and prepared his TFR; TFR filed; final hearing held 4/2/13; Trustee made final distribution; upon receiving zero balance bank statement, Trustee will prepare his TDR

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 02/28/13

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 17.02d

Case 12-20592  Doc 30  Filed 07/08/13  Entered 07/08/13 11:00:13  Desc Main
Document      Page 10 of 12

FORM1 - MACE
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-20592 | JSB | Judge: Janet S. Baer | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | MACE, MARIA V | | | Date Filed (f) or Converted (c): 05/21/12 (f) |
| | | | | 341(a) Meeting Date: 07/20/12 |
| | | | | Claims Bar Date: 11/27/12 |

/s/    Joseph A. Baldi, Trustee
_____ Date: 06/21/13
     JOSEPH A. BALDI, TRUSTEE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-20592 -JSB | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MACE, MARIA V | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8449 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2053 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/12 | 10 | MARIA V MACE | SETTLEMENT | 1129-000 | 5,000.00 | | 5,000.00 |
| 02/07/13 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 4.03 | 4,995.97 |
| 04/03/13 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,250.00 | 3,745.97 |
| 04/03/13 | 001003 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 891.50 | 2,854.47 |
| 04/03/13 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 12.24330% | 7100-000 | | 1,266.67 | 1,587.80 |
| 04/03/13 | 001005 | PYOD, LLC its succ/assigns of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 12.24328% | 7100-000 | | 1,490.28 | 97.52 |
| 04/03/13 | 001006 | Amer InfoSource , agent Midland Funding<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000003, Payment 12.24357% | 7100-000 | | 97.52 | 0.00 |

Page Subtotals     5,000.00     5,000.00

Ver: 17.02d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2                                                                                                                                         Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                                                  Exhibit 9

| Case No: | 12-20592 -JSB | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | MACE, MARIA V | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | ********8449 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2053 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 5,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8449) | 5,000.00 | 5,000.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 5,000.00 | 5,000.00 | 0.00 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*